■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN JOSEPH GAROFOLO, Appellant.—Appeal by defendant from a judgment of the County Court, Suffolk County, rendered May 18, 1977, convicting him of rape in the first degree, sodomy in the first degree and burglary in the second degree, upon a jury verdict, and imposing sentence. Judgment affirmed. We note that upon his retrial under Indictment No. 529/76 the defendant was again found guilty of, *inter alia,* murder in the second degree. Rabin, J. P., Gulotta, Shapiro and Mangano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY M. JOHNSON, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered May 4, 1977 convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed, for the reasons stated in our memorandum decision in *People v Williams* (71 AD2d 963). O'Connor, J.P., Rabin, Gulotta and Shapiro, JJ., concur.